17971-4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TITAN RAIL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 11-08664 |
| | ) |
| INTER-RAIL TRANSPORT OF | ) |
| SAN BERNARDINO, LLC, | ) |
| | ) |
| Defendant. | ) |

**AMENDED COMPLAINT**

Plaintiff, TITAN RAIL, INC., by its attorneys, Lawrence A. Stein of HUCK BOUMA PC, complains against the defendant, INTER-RAIL TRANSPORT OF SAN BERNARDINO, LLC, as follows:

1. Plaintiff is a citizen of Delaware and Illinois by virtue of the following facts:

    a. The plaintiff is a corporation incorporated under the laws of Delaware; and

    b. The plaintiff's principal place of business is at 2758 US Highway 34 in Oswego, Illinois, which is in Kendall County.

2. Defendant is a citizen of California and Maryland by virtue of the following facts:

    a. The defendant is a limited liability corporation incorporated under the laws of California with its principal place of business at 115 Lawyers Roe, Suite 3, in Centreville, Maryland.

    b. The sole member of the defendant is Inter-Rail Group, Inc., a corporation incorporated under the laws of Maryland, and which maintains its principal place of business at 115 Lawyers Roe, Suite 3, in Centreville, Maryland.

3. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. 1332(a)(1), because the parties are citizens of different states and the amount in controversy exceeds $75,000 excluding interest and costs.

4. On or about March 21, 2007, the plaintiff and the defendant entered into a locomotive lease agreement and a locomotive maintenance agreement, accurate copies of which are attached as exhibits A and B, respectively.

5. The defendant breached the contracts by failing to make payments under them.

6. As of approximately February, 2011, the amount due from the defendant to the plaintiff was $148,915.33 upon which finance charges continue to accrue.

7. Invoices establishing the amount due through February 2011 are attached as exhibit C.

WHEREFORE, plaintiff, TITAN RAIL, INC., requests judgment against defendant, INTER-RAIL TRANSPORT OF SAN BERNARDINO, LLC, in the amount of $148,915.33 plus interest accruing after February 2011, costs, and attorneys fees, or such other amount as the proofs may establish, and for all other relief deemed appropriate under the circumstances.

    Respectfully submitted,

    HUCK BOUMA PC

    /s/ Lawrence A. Stein

    Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60189
Telephone: (630) 221-1755
Facsimile: (630) 221-1756
Attorney No. 6216903
R:\17000s\17900-17999\17971-4\Pleadings\Amended Complaint.wpd

2