# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TITAN RAIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-08664 |
| | ) | |
| INTER-RAIL TRANSPORT OF | ) | District Judge Maria Valdez |
| SAN BERNARDINO, LLC, | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S OBJECTIONS TO
## DEFENDANT'S COUNSEL'S MOTION FOR LEAVE TO WITHDRAW

Now comes Intervenor, Iowa Pacific Holdings, LLC ("Iowa Pacific"), by and through its counsel, Lowis & Gellen LLP, for its Objection to Defendant's Counsel's Motion for Leave to Withdraw, states as follows:

1. Iowa Pacific joins in and adopts Defendant, Inter-Rail Transport of San Bernardino, LLC's ("San Bernardino") Response to Mr. Stein's Oral Motion to Withdraw as Counsel for Plaintiff.

2. In addition, Plaintiff notes that Mr. Stein's Motion is extremely brief, entirely lacking in any detail, and does not assert any matter which would refute or overcome San Bernardino's and Iowa Pacific's objections.

3. Of particular note, Mr. Stein filed this Motion to Withdraw *concurrently* with his Objections to Iowa Pacific's Motion to Intervene. Requiring the parties to expend attorneys' fees to respond to objections to motions that Mr. Stein has no intention of defending on behalf of his client is irresponsible and this Court should award attorneys' fees to the parties for this unnecessary exercise.

4. This Motion to Withdraw appears solely to be a delay tactic to prevent both Iowa Pacific and San Bernardino from reaching a resolution on this matter. Such Motion is designed solely to continue Titan's ongoing endeavors to waste this Court's valuable time, delay Titan's obligations under the Settlement Agreement and prevent ultimate resolution of this matter for all parties.

For the foregoing reasons, Intervenor respectfully requests that Mr. Steins Motion to Withdraw as Counsel be denied.

Respectfully Submitted,
Iowa Pacific Holdings, LLC


By: _____/s Gerald Haberkorn_____
One of its Attorneys

Gerald Haberkorn (6194904)
Meghann A. Salamasick (6300485)
LOWIS & GELLEN LLP
200 West Adams Street, Suite 1900
Chicago, Illinois 60606
(312) 364-2500

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TITAN RAIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-08664 |
| | ) | |
| INTER-RAIL TRANSPORT OF | ) | District Judge Maria Valdez |
| SAN BERNARDINO, LLC, | ) | Magistrate Judge Michael T. |
| Mason | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF FILING AND SERVICE

I, GERALD HABERKORN, states as follows under penalty of perjury this twentieth day of March, 2013:

1. I filed Plaintiff's Objections to Defendant's Counsel's Motion for Leave to Withdraw by filing it with the clerk of the court by electronic means.

2. I served Plaintiff's Objections to Defendant's Counsel's Motion for Leave to Withdraw by filing it with the Clerk of the Court by electronic means, which electronic filing constitutes service by virtue of Local Rule 5.9.

3. I made the electronic filing on March 20, 2013.

Respectfully submitted,

03/20/2013

/s/ Gerald Haberkorn
Gerald Haberkorn
Meghann Salamasick
LOWIS & GELLEN LLP
200 West Adams St.
Suite 1900
Chicago, Illinois 60606
(312) 364-2500
*Attorneys for Iowa Pacific Holdings, LLC*